IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| **STACI WILLIAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIV. ACTION NO. 3:11-CV-00397-P** |
| | § | |
| **CITY OF DALLAS, TEXAS** | § | |
| | § | |
| **Defendant** | § | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Staci Williams and Defendant the City of Dallas (together the "Parties") file this Joint Motion to Dismiss with Prejudice, and in support thereof respectfully show as follows:

Plaintiff and Defendant have reached a resolution of all claims asserted, or that could have been asserted, in this action. Accordingly, Plaintiff and Defendant jointly request that this Court enter an order dismissing all claims against each other, with prejudice against refiling the same, with costs taxed against the party incurring same, and for such other and further relief as the Court may deem appropriate.

Dated: April 29, 2013

Respectfully submitted,

| | |
|---|---|
| _/s/ Gwen E. Pilgrim_<br>Brian A. Calhoun<br>State Bar No. 24044827<br>Gwen E. Pilgrim<br>State Bar No. 24046632<br>**CALHOUN PILGRIM LLP**<br>325 N. Saint Paul, Suite 3950<br>Dallas, Texas 75201<br>Telephone: (214) 981-9200<br>Facsimile: (214) 981-9203<br>brian.calhoun@calhounpilgrim.com<br>gwen.pilgrim@calhounpilgrim.com<br>**ATTORNEYS FOR PLAINTIFF STACI WILLIAMS** | _/s/ E. Leon Carter_<br>E. Leon Carter<br>State Bar No. 03914300<br>Courtney B. Perez<br>State Bar No. 24061135<br>Joshua Bennett<br>State Bar No. 24059444<br>**CARTER STAFFORD ARNETT HAMADA & MOCKLER, PLLC**<br>8150 N. Central Expressway, Suite 1950<br>Dallas, Texas 75206<br>214-550-8188- Telephone<br>214-550-8185 – Facsimile<br>lcarter@carterstafford.com<br>cperez@carterstafford.com<br>jbennett@carterstafford.com<br><br>**ATTORNEYS FOR DEFENDANT THE CITY OF DALLAS** |